United States District Court
Southern District of Texas
Corpus Christi Division

United States District Court
Southern District of Texas
FILED
JAN 25 2000
Michael N. Milby, Clerk

Maria Cavazos

vs.

Wal-Mart Stores, Inc.
Wal-Mart Stores East, Inc.
Wal-Mart Associates, Inc.

No. C-00-034

[Jury Requested]

# Complaint

To the Honorable Court:

Maria Cavazos respectfully files this complaint against Wal-Mart Stores, Inc., Wal-Mart Stores East, Inc., and Wal-Mart Associates, Inc.

### Defendants

1. Wal-Mart Stores, Inc. is a Delaware Corporation. Its principal place of business is in Arkansas. Its registered agent is Corporation Service Company, 800 Brazos, Austin, Texas 78701.

2. Wal-Mart Stores East, Inc. is a Delaware Corporation. Its principal place of business is in Arkansas. Its registered agent is Corporation Service Company, 800 Brazos, Austin, Texas 78401.

3. Wal-Mart Associates, Inc. is a Delaware Corporation. Its principal place of business is in Arkansas. Its registered agent is Corporation Service Company, 800 Brazos, Austin, Texas 78701.

### Federal Jurisdiction

4. Diversity jurisdiction exists under 28 U.S.C. §1332. Complete diversity exists between Maldonado and Defendants. The defendants are all incorporated in Delaware and have their principal places of business in Arkansas. The amount in controversy exceeds $75,000.

### Defamation

5. Defendants defamed Cavazos. The essence of the defamatory publications is that Cavazos as a cashier at Wal-mart stole money from her cash register.

6. Cavazos suffered actual damages including lost reputation and lost earnings both past and future. Cavazos lives in a small town, and she now cannot obtain suitable employment.

1

7. Further, Cavazos has suffered substantial mental anguish including extreme embarrassment, shame, and despair as a result of Defendants' defamation of her character.

8. Defendants acted with culpability sufficient for exemplary damages. Further, Defendants committed "theft" of Cavazos's reputation so no limit exists on amount of exemplary damages.

## Conditions Precedent

9. All conditions precedent have been performed or have occurred.

## Conclusion

10. The Court should grant Letty Cavazos actual damages and exemplary damages.

**Respectfully Submitted,**

*/s/ David Sibley*

**David A. Sibley**
**Attorney At Law**
P.O. Box 9610
Corpus Christi, Texas 78469-9610
(361) 882-2377 — Telephone
(361) 692-0142 — Telecopier
State Bar No. 18337600
Federal I.D. 10053
ATTORNEY-IN-CHARGE FOR **LETTY Cavazos**

2

ClibPDF - www.fastio.com