United States District Court
Southern District of Texas
Corpus Christi Division

United States District Court
Southern District of Texas
FILED
JAN 25 2000
Michael N. Milby, Clerk

Maria Cavazos

vs.

Wal-Mart Stores, Inc.
Wal-Mart Stores East, Inc.
Wal-Mart Associates, Inc.

No. C-00-034
[Jury Requested]

# Bench Brief Relating to Res Judicata

To the Honorable Court:

Maria Cavazos respectfully files this Bench Brief relating to Res Judicata.

## Background

1. The Texas Workforce Commission decided facts adverse to Maria Cavazos.

2. These facts were decided after a telephone hearing.

3. Maria Cavazos was not represented by counsel at the telephone hearing.

## Applicable Law

4. The Texas Labor Code §213.007 provides:

> A finding of fact, conclusion of law, judgment, or final order made regarding a claim for benefits under this subtitle is not binding and may not be used as evidence in an action or proceeding, other than an action or proceeding brought under this subtitle, even if the action or proceeding is between the same or related parties or involves the same facts.

## Conclusion

5. The factual findings by the Texas Workforce Commission are not res judicata in this Court.

6. The proceedings in the Texas Workforce Commission at most should be used in this Court for purposes of impeachment if a party or witness testifies differently in this proceeding than there.

Respectfully Submitted,

_[signature: David Sibley]_

**David A. Sibley**
**Attorney At Law**
P.O. Box 9610
Corpus Christi, Texas 78469-9610
(361) 882-2377 — Telephone
(361) 692-0142 — Telecopier
State Bar No. 18337600
Federal I.D. 10053
ATTORNEY-IN-CHARGE FOR **MARIA CAVAZOS**

## CERTIFICATE OF SERVICE

On Tuesday, January 25, 2000, I served this as follows:

**VIA TELECOPY NO. (361) 887-2177**
Chriss Rodriguez
Attorney For Defendants

_[signature: David Sibley]_

David A. Sibley

2

ClibPDF - www.fastio.com