United States District Court
Southern District of Texas
Corpus Christi Division

United States District Court
Southern District of Texas
FILED

JAN 2 5 2000

Michael N. Milby, Clerk

Maria Cavazos

vs.

Wal-Mart Stores, Inc.
Wal-Mart Stores East, Inc.
Wal-Mart Associates, Inc.

No. C-00-034
[Jury Requested]

# CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

## To the Honorable Court:

Letty Maldonado respectfully files this Certificate of Financially Interested Parties.

1.  Maria Cavazos

    [Plaintiff]

2.  David A. Sibley

    [Plaintiff's Attorney]

3.  Wal-Mart Stores, Inc.

    Wal-Mart Stores East, Inc.

    Wal-Mart Associates, Inc.

    Wal-Mart related companies.

    [Defendants]

    [Plaintiff does not know which, if any, of these companies are publically traded]

1

**Respectfully Submitted,**

David A. Sibley
**Attorney At Law**
P.O. Box 9610
Corpus Christi, Texas 78469-9610
(361) 882-2377 — Telephone
(361) 692-0142 — Telecopier
State Bar No. 18337600
Federal I.D. 10053
ATTORNEY-IN-CHARGE FOR **MARIA CAVAZOS**

# CERTIFICATE OF SERVICE

On Tuesday, January 25, 2000, I served this as follows:

**VIA TELECOPY NO. (361) 887-2177**
Chriss Rodriguez
Attorney For Defendants

David A. Sibley

2