United States District Court
Southern District of Texas
Corpus Christi Division

United States District Court
Southern District of Texas
FILED

JAN 27 2000

Michael N. Milby, Clerk

Maria Cavazos

vs.

Wal-Mart Stores, Inc.
Wal-Mart Stores East, Inc.
Wal-Mart Associates, Inc.

No. 00-34
[Jury Requested]

# CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

To the Honorable Court:

Maria Cavazos respectfully files this Certificate of Financially Interested Parties.

1. Maria Cavazos

    [Plaintiff]

2. David A. Sibley

    [Plaintiff's Attorney]

3. Wal-Mart Stores, Inc.

    Wal-Mart Stores East, Inc.

    Wal-Mart Associates, Inc.

    Wal-Mart related companies.

    [Defendants]

    [Plaintiff does not know which, if any, of these companies are publically traded]

1

5.

ClibPDF - www.fastio.com

Respectfully Submitted,

_____
**David A. Sibley**
**Attorney At Law**
P.O. Box 9610
Corpus Christi, Texas 78469-9610
(361) 882-2377 — Telephone
(361) 692-0142 — Telecopier
State Bar No. 18337600
Federal I.D. 10053
ATTORNEY-IN-CHARGE FOR **MARIA CAVAZOS**

## CERTIFICATE OF SERVICE

On Tuesday, January 25, 2000, I served this as follows:

**VIA TELECOPY NO. (361) 887-2177**
Chriss Rodriguez
Attorney For Defendants

_____
David A. Sibley

2