

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIA CAVAZOS | § | |
| | § | |
| VS. | § | C.A. NO. C-00-034 |
| | § | |
| WAL-MART STORES, INC. | § | |
| WAL-MART STORES EAST, INC. | § | |
| AND WAL-MART ASSOCIATES, INC. | § | |

## CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE COURT:

Defendants, **WAL-MART STORES, INC., WAL-MART STORES EAST, INC., AND WAL-MART ASSOCIATES, INC.** respectfully files this Certificate of Financially Interested Parties.

1. Maria Cavazos, Plaintiff

2. David A. Sibley, Plaintiff's Attorney

3. Wal-Mart Stores, Inc., Defendant

    Wal-Mart Stores East, Inc., Defendant

    Wal-Mart Associates, Inc., Defendant

Defendant, Wal-Mart Stores, Inc., is a publicly traded corporation.

Defendants, Wal-Mart Stores East, Inc. and Wal-Mart Associates, Inc., are wholly owned subsidiaries of Wal-Mart Stores, Inc.

4. J. Christopher Rodriguez, Defendants' Attorney

1

Respectfully submitted,

LAW OFFICE OF J. CHRIS RODRIGUEZ, L.L.C.
1450 Mercantile Bank Tower - MT 78
615 Upper N. Broadway
Corpus Christi, Texas  78477
361/888-9488
Fax:  361/887-2177

By: _____
J. Christopher Rodriguez
State Bar No. 17146700
Federal I.D. No. 1899

ATTORNEY FOR DEFENDANTS
**WAL-MART STORES, INC.**
**WAL-MART STORES EAST, INC.**
**AND WAL-MART ASSOCIATES, INC.**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument has been provided to all interested parties, by placing same in the U.S. Mail on this 10 day of February, 2000.

Mr. David A. Sibley
ATTORNEY AT LAW
P. O. Box 9610
Corpus Christi, Texas 78469-9610
ATTORNEY FOR PLAINTIFF
**MARIA CAVAZOS**

_____
J. Christopher Rodriguez

2