United States District Court
Southern District of Texas
Corpus Christi Division

United States District Court
Southern District of Texas
FILED

FEB 23 2000

Michael N. Milby, Clerk

Maria Cavazos

vs.

Wal-Mart Stores, Inc.
Wal-Mart Stores East, Inc.
Wal-Mart Associates, Inc.

No. 00-34
[Judge Jack]
[Jury Requested]

# MOTION TO COMPEL IMMEDIATE PRODUCTION OF VIDEOTAPE(S)

To the Honorable Court:

Maria Cavazos respectfully files this Motion to Compel Immediate Production of Videotape(s).

## Facts

1. Defendants claimed as part of a hearing before the Texas Workforce Commission that a videotape exists incriminating Plaintiff in the alleged theft.

2. The alleged videotape is very significant whether it exists or not. If it exists, it harms Plaintiff's case dramatically. If it does not exist, it harms Defendants' credibility dramatically.

3. Plaintiff's Counsel and Defendants' Counsel discussed the alleged videotape. It was agreed during the discussion that the alleged videotape is very significant.

4. Defendants' counsel noted that a previous case similar to this case had been dismissed immediately after production of an incriminating videotape.

5. Plaintiff's counsel requested production of any incriminating videotape ASAP and promised to act appropriately upon receipt. No incriminating videotape has been produced.

## Conclusion

6. The Court should order Defendants to immediately produce any videotape(s) whether incriminating to Plaintiff or not showing her or her cash on February 17, 2000 or following days until her cash is deposited with the Bank or intermixed with other cash including any videotape of the cash room, safe area, or any person handling or possessing or controlling her cash.

1

12.

Respectfully Submitted,

_____
**David A. Sibley**
**Attorney At Law**
P.O. Box 9610
Corpus Christi, Texas 78469-9610
(361) 882-2377 — Telephone
(361) 692-0142 — Telecopier
State Bar No. 18337600
Federal I.D. 10053
ATTORNEY-IN-CHARGE FOR **MARIA CAVAZOS**

## CERTIFICATE OF CONFERENCE

Defense counsel was unavailable at the time this motion was prepared.

_____
**David A. Sibley**

## CERTIFICATE OF SERVICE

On Sunday, February 20, 2000, I served this as follows:

    **VIA TELECOPY NO. (361) 887-2177**
    Chriss Rodriguez
    Attorney For Defendants

_____
David A. Sibley

ClibPDF - www.fastio.com

United States District Court
Southern District of Texas
Corpus Christi Division

Maria Cavazos

vs.

Wal-Mart Stores, Inc.
Wal-Mart Stores East, Inc.
Wal-Mart Associates, Inc.

No. 00-34
[Judge Jack]
[Jury Requested]

## ORDER REQUIRING IMMEDIATE PRODUCTION OF VIDEOTAPE(S)

  Defendants shall produce to Plaintiff within ___ days any videotape(s) whether incriminating to Plaintiff or not showing her or her cash on February 17, 2000 or following days until her cash is deposited with the Bank or intermixed with other cash including any videotape of the cash room, safe area, or any person handling or possessing or controlling her cash. The original videotape(s) shall be delivered to an agreed professional copying service for copying at Plaintiff's expense.

  SIGNED THIS ___ DAY OF _____, 2000

_____
U.S. District Court

1