# CIVIL COURT MINUTES

**JUDGE PRESIDING:** JANIS GRAHAM JACK

**CASE MANAGER:** Myra Orta Alfano

**COURT RECORDER:** Velma Gano

**LAW CLERK:** Aimee Desantis

**U. S. C. S. O.:** OVIDIO TREJO

**U. S. MARSHAL:**

**INTERPRETER:**

United ...
South...

FEB 2 4 2000

MICH... ...

**DATE:** February 24, 2000       **OPEN:** 1:14 pm       **ADJOURN:** 1:34 pm

**TAPE:** # 1

**CIVIL ACTION NUMBER:** C-00-34

Maria Cavazos                                    **COUNSEL:** David A. Sibley

VS.

Wal-Mart Stores, Inc., et al                     **COUNSEL:** Joseph C. Rodriguez

(✓) IPTC:

Case called. Appearances are made. Discussion, re: consent to proceed before the US Magistrate. Discussion of case matters. Pltff. does not consent to proceed before the Magistrate. Court signs scheduling order. Discussion of discovery issues. Court grants pltffs mtn to compel video. Court signs a general order and an order referring the parties to mediation. Court orders the parties to pre-mark and exchange all trial exhibits, prior to the filing of the JPTO.

14.