United States District Court
Southern District of Texas
ENTERED

FEB 25 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARIA CAVAZOS §
 §
V. § C.A. NO. C-00-034
 §
WAL-MART STORES, INC., et al §

## ORDER

IT IS ORDERED that no later than the original date set for the filing of the Joint Pretrial Order, all parties shall pre-mark and exchange exhibits they intend to use during the course of trial.

ORDERED this 24th day of February, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE