United States District Court
Southern District of Texas
Corpus Christi Division

Maria Cavazos

vs.

Wal-Mart Stores, Inc.
Wal-Mart Stores East, Inc.
Wal-Mart Associates, Inc.

No. 00-34
[Judge Jack]
[Jury Requested]

United States District Court
Southern District of Texas
FILED

FEB 29 2000

MICHAEL N. MILBY, CLERK

# SUPPLEMENTAL RESPONSE PROPOSED JOINT REPORT

To the Honorable Court:

Maria Cavazos ("Cavazos") respectfully files this Supplemental Response Joint Report.

### Question No. 3

1. Cavazos' attorney misunderstood her and misstated what happened.
2. She counted her cash after her shift on 2/17/99 and wrote down the numbers.
3. However, she had no way of knowing whether or not it was short or not.
4. She normally gets a "reading" and matches her count to the "reading."
5. However, she did not get a "reading" that night.
6. A supervisor needs to take the "reading."
7. The reading comes from the computer at the service desk.
8. It is the supervisor's responsibility to take the "reading."
9. Cavazos has no means to take a "reading."
10. This is only one of a few times she has not received a reading to balance her money with.
11. Also, no "pulls" were made from her cash register on 2/17/99.
12. Thus, more money was in the cash register than usual.
13. No "reading" was made with Maldonado also.
14. No "pulls" were made with Maldonado also.

1

**Respectfully Submitted,**

*David Sibley* (signature)

**David A. Sibley**
**Attorney At Law**
P.O. Box 9610
Corpus Christi, Texas 78469-9610
(361) 882-2377 — Telephone
(361) 692-0142 — Telecopier
State Bar No. 18337600
Federal I.D. 10053
ATTORNEY-IN-CHARGE FOR **MARIA CAVAZOS**

## CERTIFICATE OF SERVICE

On Tuesday, February 29, 2000, I served this as follows:

**VIA TELECOPY NO. (361) 887-2177**
Chriss Rodriguez
Attorney For Defendants

*David Sibley* (signature)

David A. Sibley

2