United States District Court
Southern District of Texas
ENTERED

MAR 0 7 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIA CAVAZOS | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. C-00-34 |
| | § | |
| WAL-MART STORES, INC, ET AL. | § | |
|     Defendants. | § | |

## ORDER

Came on to be considered Plaintiff's Motion To Compel Immediate Production of Videotape. After consideration of the statements of the parties at the initial pretrial conference held on February 24, 2000, the Court GRANTS Plaintiff's Motion to Compel Immediate Production of Videotape. Within one week from the entry of this Order, Defendants shall provide to Plaintiff a copy of the videotape or a written statement explaining why such videotape is unavailable.

ENTERED on this the 3rd day of March, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE