IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIA CAVAZOS | § | |
| | § | |
| VS. | § | C.A. NO. C-00-034 |
| | § | |
| WAL-MART STORES, INC. | § | |
| WAL-MART STORES EAST, INC. | § | |
| AND WAL-MART ASSOCIATES, INC. | § | |

## DEFENDANTS' MOTION FOR LEAVE TO FILE FIRST AMENDED ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendants, **WAL-MART STORES, INC., WAL-MART STORES EAST, INC., AND WAL-MART ASSOCIATES, INC.**, and hereby makes and file this their Motion for Leave to File First Amended Original Answer and in support thereof would show unto the Court as follows:

1. Defendants, **WAL-MART STORES, INC., WAL-MART STORES EAST, INC., AND WAL-MART ASSOCIATES, INC.**, would show unto this Honorable Court that Plaintiff is claiming economic loss and damages relating to inability to find work, and Defendants are entitled to plead affirmatively that Plaintiff has failed to mitigate her damages.

2. The granting of such leave of court to file Defendants' First Amended Original Answer will not delay this cause of action and this motion is being made solely so that justice may be done.

3. The undersigned attorney has informed counsel for Plaintiff of this Motion for Leave and he indicated no opposition.

WHEREFORE, PREMISES CONSIDERED, Defendants, **WAL-MART STORES,**

1

**INC.**, **WAL-MART STORES EAST, INC., AND WAL-MART ASSOCIATES, INC.**, would request this Honorable Court grant leave, within its discretion, to amend its Original Answer and for such other and further relief to which they may be entitled at law or in equity.

Respectfully submitted,

LAW OFFICE OF J. CHRIS RODRIGUEZ, P.C.
Wells Fargo Tower - Suite 1450
615 Upper N. Broadway
Corpus Christi, Texas 78477
361/888-9488
Fax: 361/887-2177

By: _____
J. Christopher Rodriguez
State Bar No. 17146700
Federal I.D. No. 1899

ATTORNEY FOR DEFENDANTS
**WAL-MART STORES, INC.**
**WAL-MART STORES EAST, INC.**
**AND WAL-MART ASSOCIATES, INC.**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument has been provided to all interested parties, by placing same in the U.S. Mail on this 28th day of June, 2000.

Mr. David A. Sibley
ATTORNEY AT LAW
P. O. Box 9610
Corpus Christi, Texas 78469-9610
ATTORNEY FOR PLAINTIFF
**MARIA CAVAZOS**

_____
J. Christopher Rodriguez

2


IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARIA CAVAZOS § | |
| § | |
| VS. § | C.A. NO. C-00-034 |
| § | |
| WAL-MART STORES, INC. § | |
| WAL-MART STORES EAST, INC. § | |
| AND WAL-MART ASSOCIATES, INC. § | |

### O R D E R

BE IT REMEMBERED that on the ____ day of _____, 2000, came on to be heard Defendants' Motion for Leave to File First Amended Original Answer and the Court having considered the matters submitted by the parties is of the opinion that the said Motion should be **GRANTED/DENIED**.

IT IS THEREFORE, ORDERED ADJUDGED AND DECREED that Defendants' Motion for Leave to File First Amended Original Answer should be in all things **GRANTED/DENIED.**

SIGNED, ORDERED AND ENTERED this the ____ day of _____, 2000.

_____
JUDGE PRESIDING

3