United States District Court
Southern District of Texas
ENTERED

JUL 0 5 2000

Michael N. Milby, Clerk of

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIA CAVAZOS | § | |
| | § | |
| VS. | § | C.A. NO. C-00-034 |
| | § | |
| WAL-MART STORES, INC. | § | |
| WAL-MART STORES EAST, INC. | § | |
| AND WAL-MART ASSOCIATES, INC. | § | |

**O R D E R**

BE IT REMEMBERED that on the 5th day of July, 2000, came on to be heard Defendants' Motion for Leave to File First Amended Original Answer and the Court having considered the matters submitted by the parties is of the opinion that the said Motion should be **GRANTED**/~~DENIED~~.

IT IS THEREFORE, ORDERED ADJUDGED AND DECREED that Defendants' Motion for Leave to File First Amended Original Answer should be in all things **GRANTED**/~~DENIED~~.

SIGNED, ORDERED AND ENTERED this the 5th day of July, 2000.

_____
JUDGE PRESIDING

3