United States District Court
Southern District of Texas
ENTERED

SEP 27 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIA CAVAZOS | § | |
| | § | |
| VS. | § | C.A. NO. C-00-034 |
| | § | |
| WAL-MART STORES, INC. | § | |
| WAL-MART STORES EAST, INC. | § | |
| AND WAL-MART ASSOCIATES, INC. | § | |

## O R D E R

BE IT REMEMBERED that on the 26th day of Sept, 2000, came on to be heard Defendants **WAL-MART STORES, INC., WAL-MART STORES EAST, INC. AND WAL-MART ASSOCIATES, INC.'S** Motion for Leave to File Motion for Summary Judgment and the Court having considered the matters submitted by the parties is of the opinion that the said Motion should be **GRANTED**/~~DENIED~~.

IT IS THEREFORE, ORDERED ADJUDGED AND DECREED Defendants **WAL-MART STORES, INC., WAL-MART STORES EAST, INC. AND WAL-MART ASSOCIATES, INC.'S** Motion for Leave to File Motion for Summary Judgment should be in all things **GRANTED**/~~DENIED~~.

SIGNED, ORDERED AND ENTERED this the 26th day of Sept, 2000.

_____
JUDGE PRESIDING

4