United States District Court
Southern District of Texas
Corpus Christi Division

United States District Court
Southern District of Texas
FILED

OCT 3 - 2000

Michael N. Milby, Clerk

Maria Cavazos

vs.

Wal-Mart Stores, Inc.
Wal-Mart Stores East, Inc.
Wal-Mart Associates, Inc.

No. 00-34
[Judge Jack]
[Jury Requested]

# AGREED MOTION FOR NEW TRIAL OR RULE 60 MOTION

## To the Honorable Court:

Maria Cavazos respectfully files this Agreed Motion New Trial or Rule 60 Motion.

1. Plaintiff's counsel has been inundated by commitments including a major trial starting on October 12, 2000 involving numerous depositions and summary judgment motions.

2. Counsel spoke and agreed to an extension of time for response to motions for summary judgment. Plaintiff's counsel has been behind and did not timely file an agreed motion to extend time.

3. Plaintiff's counsel has also experienced some personal distractions. The failure to timely respond to the motions for summary judgment is no fault of Plaintiff instead her attorney.

4. An agreement currently exists between counsel for depositions on October 24-26, 2000 with a response to the motion for summary judgment filed by November 6, 2000.

5. Plaintiff respectfully requests that the default order granting summary judgment be set aside and Plaintiff have until November 6, 2000 to respond to motion for summary judgment.

**Respectfully Submitted,**

_____
**David A. Sibley**
**Attorney At Law**
P.O. Box 9610
Corpus Christi, Texas 78469-9610
(361) 882-2377 — Telephone
(361) 692-0142 — Telecopier
State Bar No. 18337600
Federal I.D. 10053
ATTORNEY-IN-CHARGE FOR **MARIA CAVAZOS**

1

## CERTIFICATE OF CONFERENCE

I conferred with Chriss Rodriguez on October 3, 2000, and he graciously agreed to this.

_____
David A. Sibley

## CERTIFICATE OF SERVICE

On Tuesday, October 3, 2000, I served this as follows:

      **VIA TELECOPY NO. (361) 887-2177**
      Chriss Rodriguez
      Attorney For Defendants

_____
David A. Sibley

2

United States District Court
Southern District of Texas
Corpus Christi Division

Maria Cavazos

vs.

Wal-Mart Stores, Inc.
Wal-Mart Stores East, Inc.
Wal-Mart Associates, Inc.

No. 00-34
[Judge Jack]
[Jury Requested]

## AGREED ORDER SETTING ASIDE SUMMARY JUDGMENT

The summary judgment entered in this matter is set aside.

A response by Plaintiff shall be filed by November 6, 2000.

SIGNED THIS ___ DAY OF _____, 2000

_____
U.S. District Court

1