United States District Court
Southern District of Texas
FILED

OCT 26 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIA CAVAZOS | § | |
| | § | |
| VS. | § | C.A. NO. C-00-034 |
| | § | |
| WAL-MART STORES, INC. | § | |
| WAL-MART STORES EAST, INC. | § | |
| AND WAL-MART ASSOCIATES, INC. | § | |

### DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE AGREED PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendants, **WAL-MART STORES, INC., WAL-MART STORES EAST, INC., AND WAL-MART ASSOCIATES, INC.,** and hereby makes and file this their Unopposed Motion for Leave to File Agreed Protective Order and in support thereof would show unto the Court as follows:

1. This case is currently scheduled for trial on December 4, 2000 with a Pre-Trial Order due on November 21, 2000. There is a Final Pre-Trial Conference scheduled by the Court for December 1, 2000.

2. Defendants, **WAL-MART STORES, INC., WAL-MART STORES EAST, INC., AND WAL-MART ASSOCIATES, INC.,** would show unto this Honorable Court that certain documents and materials produced by them may constitute trade secrets or may contain proprietary, sensitive business information, and/or confidential information, or are otherwise subject to misapplication by others persons. Therefore Defendants desire to protect such documents and request this

1

Honorable Court's permission in doing so by filing an Agreed Protective Order.

3. The granting of such leave of court to file an Agreed Protective Order will not delay this cause of action and this motion is being made solely so that justice may be done.

4. The undersigned attorney has informed counsel for Plaintiff of this Motion for Leave and he indicated no opposition.

WHEREFORE, PREMISES CONSIDERED, Defendants, **WAL-MART STORES, INC., WAL-MART STORES EAST, INC., AND WAL-MART ASSOCIATES, INC.,** would request this Honorable Court grant leave, within its discretion, to file an Agreed Protective Order and for such other and further relief to which they may be entitled at law or in equity.

Respectfully submitted,

LAW OFFICE OF J. CHRIS RODRIGUEZ, P.C.
Wells Fargo Tower - Suite 1450
615 Upper N. Broadway
Corpus Christi, Texas 78477
361/888-9488
Fax: 361/887-2177

By: _____
J. Christopher Rodriguez
State Bar No. 17146700
Federal I.D. No. 1899

ATTORNEY FOR DEFENDANTS
**WAL-MART STORES, INC.**
**WAL-MART STORES EAST, INC.**
**AND WAL-MART ASSOCIATES, INC.**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument has been provided to all interested parties, by placing same in the U.S. Mail on this 26th day of October, 2000.

Mr. David A. Sibley
ATTORNEY AT LAW
P. O. Box 9610
Corpus Christi, Texas 78469-9610
ATTORNEY FOR PLAINTIFF
**MARIA CAVAZOS**

J. Christopher Rodriguez

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARIA CAVAZOS § | |
| § | |
| VS. § | C.A. NO. C-00-034 |
| § | |
| WAL-MART STORES, INC. § | |
| WAL-MART STORES EAST, INC. § | |
| AND WAL-MART ASSOCIATES, INC. § | |

**O R D E R**

BE IT REMEMBERED that on the ____ day of _____, 2000, came on to be heard Defendants' Motion for Leave to File Agreed Protective Order and the Court having considered the matters submitted by the parties is of the opinion that the said Motion should be **GRANTED/DENIED**.

IT IS THEREFORE, ORDERED ADJUDGED AND DECREED that Defendants' Motion for Leave to File Agreed Protective Order should be in all things **GRANTED/DENIED**.

SIGNED, ORDERED AND ENTERED this the ____ day of _____, 2000.

_____
U. S. DISTRICT JUDGE

4



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIA CAVAZOS | § | |
| | § | |
| VS. | § | C.A. NO. C-00-034 |
| | § | |
| WAL-MART STORES, INC. | § | |
| WAL-MART STORES EAST, INC. | § | |
| AND WAL-MART ASSOCIATES, INC. | § | |

## AGREED PROTECTIVE ORDER

The parties hereto recognize that certain documents and materials produced by Defendants **WAL-MART STORES, INC., WAL-MART STORES EAST, INC., AND WAL-MART ASSOCIATES, INC.**, may constitute trade secrets or may contain proprietary, sensitive business information, and/or confidential information, or are otherwise subject to misapplication by other persons. The Defendants desire to protect such documents and in accordance with that desire the following orders are entered:

1. All documents and other material designated by the Defendants at the time of its production and marked "Produced Pursuant to Protective Order" are presumed to contain trade secrets or other confidential and/or sensitive information and are subject to this Protective Order.

2. All parties agree not to disseminate the documents, materials and/or information marked "Produced Pursuant to Protective Order" obtained through **WAL-MART STORES, INC., WAL-MART STORES EAST, INC., AND WAL-MART ASSOCIATES, INC.**, in this case to other counsel or persons not involved in this litigation or to any competitor of **WAL-MART STORES, INC., WAL-MART STORES EAST, INC., AND WAL-MART ASSOCIATES, INC.**

1

3. All parties agree not to disseminate or disclose the documents, materials and/or information marked "Produced Pursuant to Protective Order" obtained through **WAL-MART STORES, INC., WAL-MART STORES EAST, INC., AND WAL-MART ASSOCIATES, INC.,** in this case to any person unless that person certified by signing a copy of this Protective Order that they will not release said information to any competitor of **WAL-MART STORES, INC., WAL-MART STORES EAST, INC., AND WAL-MART ASSOCIATES, INC.,** or to any other person who would exploit the information for their own economic gain. By signing a copy of this Order said individual also agrees that the United States District Court for the Southern District of Texas Corpus Christi Division shall have jurisdiction for the purposes of any action to enforce the terms of this order or any action for contempt for the violation of this Order.

4. All counsel shall maintain a list of the names of all persons to whom the confidential information is disclosed until further order of the Court and make it available to Defendants' counsel upon written request.

5. Nothing herein shall in any way inhibit the introduction of any matter subject to the terms of this Order into evidence at trial or any hearing, subject to any proper objection.

6. All counsel agree to return the documents and materials to **LAW OFFICE OF J. CHRIS RODRIGUEZ** within thirty (30) days upon the entry of a final judgment or dismissal order, or destroy the documents and materials and supply an Affidavit verifying the destruction. The Affidavit will be delivered to **LAW OFFICE OF J. CHRIS RODRIGUEZ** within thirty (30) days upon the entry of a final judgment or dismissal order.

SIGNED AND ORDERED ENTERED on _____, 2000.


_____
JUDGE PRESIDING

2

**AGREED:**

ATTORNEY AT LAW
P. O. Box 9610
Corpus Christi, Texas 78469-9610
(361) 882-2377

FAX: (361) 882-4483

By: _____
David A. Sibley
State Bar No.: 18337600
Federal I.D. No.: 10053
**ATTORNEY FOR PLAINTIFF**


LAW OFFICES OF J. CHRIS RODRIGUEZ, P.C.
Wells Fargo Tower
615 Upper N. Broadway, Suite 1450
Corpus Christi, Texas  78477
512/888-9488
FAX: 512/887-2177


By: _____
J. Chris Rodriguez
State Bar No. 17146700
Federal I.D. No.: 1899
**ATTORNEY FOR DEFENDANTS**

3