United States District Court
Southern District of Texas
FILED

OCT 26 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIA CAVAZOS | § | |
| | § | |
| VS. | § | C.A. NO. C-00-034 |
| | § | |
| WAL-MART STORES, INC. | § | |
| WAL-MART STORES EAST, INC. | § | |
| AND WAL-MART ASSOCIATES, INC. | § | |

### DEFENDANTS' AMENDED MOTION FOR LEAVE TO FILE AMENDED MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, **WAL-MART STORES, INC., WAL-MART STORES EAST, INC. AND WAL-MART ASSOCIATES, INC.**, pursuant to Federal Rule of Civil Procedure 56 and this Honorable Court's deadline to file dispositive motions, requests Leave of Court to file its Amended Motion for Summary and in support thereof would show unto the Court as follows:

1.

This case is currently scheduled for trial on December 4, 2000 with a Pre-Trial Order due on November 21, 2000. There is a Final Pre-Trial Conference scheduled by the Court for December 1, 2000. The deadline for filing Dispositive Motions is September 15, 2000.

2.

Defendants would show unto this Honorable Court that there is no genuine issue of material fact for this matter to proceed to trial as to this party.

1

3.

The granting of such leave of court to file Defendants' Amended Motion for Summary Judgment will not delay this cause of action and this motion is being made solely so that justice may be done.

4.

The undersigned attorney has informed counsel for Plaintiff of this Amended Motion for Leave and an agreement is unable to be reached due to missing each other's calls.

WHEREFORE, PREMISES CONSIDERED, Defendants, **WAL-MART STORES, INC., WAL-MART STORES EAST, INC. AND WAL-MART ASSOCIATES, INC.**, would request this Honorable Court grant leave, within its discretion, to file its Amended Motion for Summary Judgment and for such other and further relief to which they may be entitled at law or in equity.

Respectfully submitted,

LAW OFFICE OF J. CHRIS RODRIGUEZ, P.C.
Wells Fargo Tower - Suite 1450
615 Upper N. Broadway
Corpus Christi, Texas  78477
361/888-9488
Fax:  361/887-2177

By: _____
J. Christopher Rodriguez
State Bar No. 17146700
Federal I.D. No. 1899

ATTORNEY FOR DEFENDANTS

2

## **CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing instrument has been provided to all interested parties, by placing same in the U.S. Mail on this 26th day of October, 2000.

Mr. David A. Sibley
ATTORNEY AT LAW
719 Upper N. Broadway, Suite 120
P. O. Box 9610
Corpus Christi, Texas 78469-9610

ATTORNEY FOR PLAINTIFF

_____
J. Christopher Rodriguez

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIA CAVAZOS | § § | |
| VS. | § § | C.A. NO. C-00-034 |
| WAL-MART STORES, INC. WAL-MART STORES EAST, INC. AND WAL-MART ASSOCIATES, INC. | § § § § | |

## O R D E R

BE IT REMEMBERED that on the ____ day of _____, 2000, came on to be heard Defendants **WAL-MART STORES, INC., WAL-MART STORES EAST, INC. AND WAL-MART ASSOCIATES, INC.'S** Amended Motion for Leave to File Amended Motion for Summary Judgment and the Court having considered the matters submitted by the parties is of the opinion that the said Motion should be **GRANTED/DENIED.**

IT IS THEREFORE, ORDERED ADJUDGED AND DECREED Defendants **WAL-MART STORES, INC., WAL-MART STORES EAST, INC. AND WAL-MART ASSOCIATES, INC.'S** Amended Motion for Leave to File Amended Motion for Summary Judgment should be in all things **GRANTED/DENIED.**

SIGNED, ORDERED AND ENTERED this the ____ day of _____, 2000.

_____
JUDGE PRESIDING