United States District Court
Southern District of Texas
ENTERED

OCT 3 1 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIA CAVAZOS | § § | 34. |
| VS. | § § | C.A. NO. C-00-034 |
| WAL-MART STORES, INC.<br>WAL-MART STORES EAST, INC.<br>AND WAL-MART ASSOCIATES, INC. | § § § § | |

### AGREED PROTECTIVE ORDER

The parties hereto recognize that certain documents and materials produced by Defendants **WAL-MART STORES, INC., WAL-MART STORES EAST, INC., AND WAL-MART ASSOCIATES, INC.**, may constitute trade secrets or may contain proprietary, sensitive business information, and/or confidential information, or are otherwise subject to misapplication by other persons. The Defendants desire to protect such documents and in accordance with that desire the following orders are entered:

1. All documents and other material designated by the Defendants at the time of its production and marked "Produced Pursuant to Protective Order" are presumed to contain trade secrets or other confidential and/or sensitive information and are subject to this Protective Order.

2. All parties agree not to disseminate the documents, materials and/or information marked "Produced Pursuant to Protective Order" obtained through **WAL-MART STORES, INC., WAL-MART STORES EAST, INC., AND WAL-MART ASSOCIATES, INC.**, in this case to other counsel or persons not involved in this litigation or to any competitor of **WAL-MART STORES, INC., WAL-MART STORES EAST, INC., AND WAL-MART ASSOCIATES, INC.**

1

3.  All parties agree not to disseminate or disclose the documents, materials and/or information marked "Produced Pursuant to Protective Order" obtained through **WAL-MART STORES, INC., WAL-MART STORES EAST, INC., AND WAL-MART ASSOCIATES, INC.,** in this case to any person unless that person certified by signing a copy of this Protective Order that they will not release said information to any competitor of **WAL-MART STORES, INC., WAL-MART STORES EAST, INC., AND WAL-MART ASSOCIATES, INC.,** or to any other person who would exploit the information for their own economic gain. By signing a copy of this Order said individual also agrees that the United States District Court for the Southern District of Texas Corpus Christi Division shall have jurisdiction for the purposes of any action to enforce the terms of this order or any action for contempt for the violation of this Order.

4.  All counsel shall maintain a list of the names of all persons to whom the confidential information is disclosed until further order of the Court and make it available to Defendants' counsel upon written request.

5.  Nothing herein shall in any way inhibit the introduction of any matter subject to the terms of this Order into evidence at trial or any hearing, subject to any proper objection.

6.  All counsel agree to return the documents and materials to **LAW OFFICE OF J. CHRIS RODRIGUEZ** within thirty (30) days upon the entry of a final judgment or dismissal order, or destroy the documents and materials and supply an Affidavit verifying the destruction. The Affidavit will be delivered to **LAW OFFICE OF J. CHRIS RODRIGUEZ** within thirty (30) days upon the entry of a final judgment or dismissal order.

SIGNED AND ORDERED ENTERED on _____10-27-_____, 2000.

JUDGE PRESIDING

2

**AGREED:**


ATTORNEY AT LAW
P. O. Box 9610
Corpus Christi, Texas 78469-9610
(361) 882-2377

FAX: (361) 882-4483

By: _/s/ David A. Sibley_
    David A. Sibley
    State Bar No.: 18337600
    Federal I.D. No.: 10053
**ATTORNEY FOR PLAINTIFF**


LAW OFFICES OF J. CHRIS RODRIGUEZ, P.C.
Wells Fargo Tower
615 Upper N. Broadway, Suite 1450
Corpus Christi, Texas  78477
512/888-9488
FAX: 512/887-2177


By: _/s/ J. Chris Rodriguez_
    J. Chris Rodriguez
    State Bar No. 17146700
    Federal I.D. No.: 1899
**ATTORNEY FOR DEFENDANTS**

3