United States District Court
Southern District of Texas
FILED

NOV 17 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIA CAVAZOS | § | |
| | § | |
| VS. | § | C.A. NO. C-00-034 |
| | § | |
| WAL-MART STORES, INC. | § | |
| WAL-MART STORES EAST, INC. | § | |
| AND WAL-MART ASSOCIATES, INC. | § | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION TO RECONSIDER AND REQUEST FOR HEARING ON AMENDED MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendants, **WAL-MART STORES, INC., WAL-MART STORES EAST, INC., AND WAL-MART ASSOCIATES, INC.,** and hereby makes and file this their Motion for Leave to File Motion to Reconsider and Request for Hearing on Amended Motion for Summary Judgment and in support thereof would show unto the Court as follows:

1. This case is currently scheduled for trial on December 4, 2000 with a Pre-Trial Order due on November 21, 2000. There is a Final Pre-Trial Conference scheduled by the Court for December 1, 2000.

2. Defendants, **WAL-MART STORES, INC., WAL-MART STORES EAST, INC., AND WAL-MART ASSOCIATES, INC.,** would request leave from this Honorable Court to ask for reconsideration of the filing of the Amended Motion for Summary Judgment.

3. By Scheduling Order, the deadline to file Dispositive Motions in connection with the referenced matter was September 15,

1

2000.

4. The undersigned counsel filed a Motion for Summary Judgment on behalf of Defendants on or about September 14, 2000. Exhibits were attached to the Motion for Summary Judgment which exhibits had "stickers" indicating the exhibit number. The undersigned was unaware of the Court's rule regarding "tabbing" of exhibits.

5. On or about October 25, 2000, the undersigned received the Court's Order striking Defendants' Motion for Summary Judgment.

6. On or about October 26, 2000, undersigned counsel filed an Amended Motion for Leave to File Amended Motion for Summary Judgment along with the "tabbed" exhibits which Amended Motion for Leave was denied.

7. The undersigned would respectfully request that this Honorable Court reconsider its Order regarding denial of Amended Motion for Leave to file Amended Motion for Summary Judgment due to the quote "tabbing" of the exhibits which defect was subsequently cured.

8. In addition, undersigned counsel would request a hearing on its Amended Motion for Summary Judgment in accordance with this Honorable Court's calendar and rulings.

9. The granting of such leave of court to file Defendants' Motion to Reconsider and Request for Hearing on Motion Amended Motion for Summary Judgment will not delay this cause of action and this motion is being made solely so that justice may be done.

2

10. No response to Defendants' Motion for Summary Judgment has been filed by Plaintiff.

11. The undersigned attorney has informed counsel for Plaintiff of this Motion for Leave and he indicated no opposition.

WHEREFORE, PREMISES CONSIDERED, Defendants, **WAL-MART STORES, INC., WAL-MART STORES EAST, INC., AND WAL-MART ASSOCIATES, INC.**, would request this Honorable Court grant leave, within its discretion, to file the Motion to Reconsider and Request for Hearing on Amended Motion for Summary Judgment and for such other and further relief to which they may be entitled at law or in equity.

Respectfully submitted,

LAW OFFICE OF J. CHRIS RODRIGUEZ, P.C.
Wells Fargo Tower - Suite 1450
615 Upper N. Broadway
Corpus Christi, Texas  78477
361/888-9488
Fax:  361/887-2177

By: *[signature]*
J. Christopher Rodriguez
State Bar No. 17146700
Federal I.D. No. 1899
ATTORNEY FOR DEFENDANTS
**WAL-MART STORES, INC.**
**WAL-MART STORES EAST, INC.**
**AND WAL-MART ASSOCIATES, INC.**

3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument has been provided to all interested parties, by placing same in the U.S. Mail on this 17th day of November, 2000.

Mr. David A. Sibley
ATTORNEY AT LAW
P. O. Box 9610
Corpus Christi, Texas 78469-9610
ATTORNEY FOR PLAINTIFF
**MARIA CAVAZOS**

J. Christopher Rodriguez

4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARIA CAVAZOS § | |
| § | |
| VS. § | C.A. NO. C-00-034 |
| § | |
| WAL-MART STORES, INC. § | |
| WAL-MART STORES EAST, INC. § | |
| AND WAL-MART ASSOCIATES, INC. § | |

### O R D E R

BE IT REMEMBERED that on the ____ day of _____, 2000, came on to be heard Defendants' Motion for Leave to File Motion to Reconsider and Request for Hearing on Amended Motion for Summary Judgment and the Court having considered the matters submitted by the parties is of the opinion that the said Motion should be **GRANTED/DENIED**.

IT IS THEREFORE, ORDERED ADJUDGED AND DECREED that Defendants' Motion for Leave to File Motion to Reconsider and Request for Hearing on Motion for Summary Judgment should be in all things **GRANTED/DENIED**.

SIGNED, ORDERED AND ENTERED this the ____ day of _____, 2000.

_____
U. S. DISTRICT JUDGE

5