United States District Court
Southern District of Texas
FILED

NOV 17 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIA CAVAZOS | § | |
| | § | |
| VS. | § | C.A. NO. C-00-034 |
| | § | |
| WAL-MART STORES, INC. | § | |
| WAL-MART STORES EAST, INC. | § | |
| AND WAL-MART ASSOCIATES, INC. | § | |

## DEFENDANTS' MOTION TO RECONSIDER AND REQUEST FOR HEARING ON MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the undersigned attorney on behalf of Defendants, **WAL-MART STORES, INC., WAL-MART STORES EAST, INC., AND WAL-MART ASSOCIATES, INC.**, and hereby makes and file this their Motion to Reconsider and Request for Hearing on Amended Motion for Summary Judgment and in support thereof would show unto the Court as follows:

1. By Scheduling Order, the deadline to file Dispositive Motions in connection with the referenced matter was September 15, 2000.

2. The undersigned counsel filed a Motion for Summary Judgment on behalf of Defendants on or about September 14, 2000. Exhibits were attached to the Motion for Summary Judgment which exhibits had "stickers" indicating the exhibit number. The undersigned was unaware of the Court's rule regarding "tabbing" of exhibits.

1

3. On or about October 25, 2000, the undersigned received the Court's Order striking Defendants' Motion for Summary Judgment.

4. On or about October 26, 2000, undersigned counsel filed an Amended Motion for Leave to File Amended Motion for Summary Judgment along with the "tabbed" exhibits which Amended Motion for Leave was denied.

5. The undersigned would respectfully request that this Honorable Court reconsider its Order regarding denial of Amended Motion for Leave to file Amended Motion for Summary Judgment due to the quote "tabbing" of the exhibits which defect was subsequently cured.

6. No response to Defendants' Motion for Summary Judgment has been filed by Plaintiff.

7. In addition, undersigned counsel would request a hearing on its Amended Motion for Summary Judgment in accordance with this Honorable Court's calendar and rulings.

The undersigned attorney has informed counsel for Plaintiff of this Motion for Leave and he indicated no opposition.

WHEREFORE, PREMISES CONSIDERED, Defendants, **WAL-MART STORES, INC., WAL-MART STORES EAST, INC., AND WAL-MART ASSOCIATES, INC.**, respectfully requests this Honorable Court grant their Motion to Reconsider and set a hearing on Defendants' Amended Motion for Summary Judgment for such other and further relief to which they may be entitled at law or in equity.

2

Respectfully submitted,

LAW OFFICE OF J. CHRIS RODRIGUEZ, P.C.
Wells Fargo Tower - Suite 1450
615 Upper N. Broadway
Corpus Christi, Texas  78477
361/888-9488
Fax:  361/887-2177

By _____
J. Christopher Rodriguez
State Bar No. 17146700
Federal I.D. No. 1899

ATTORNEY FOR DEFENDANTS
**WAL-MART STORES, INC.**
**WAL-MART STORES EAST, INC.**
**AND WAL-MART ASSOCIATES, INC.**

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument has been provided to all interested parties, by placing same in the U.S. Mail on this 17th day of November, 2000.

Mr. David A. Sibley
ATTORNEY AT LAW
P. O. Box 9610
Corpus Christi, Texas 78469-9610
ATTORNEY FOR PLAINTIFF
**MARIA CAVAZOS**

_____
J. Christopher Rodriguez

3

STATE OF TEXAS                    §

COUNTY OF NUECES                  §

BEFORE ME, the undersigned authority, on this day personally J. CHRISTOPHER RODRIGUEZ, who, after being by me duly sworn, stated the following:

"My name is J. Christopher Rodriguez. I am the attorney for Defendants, **WAL-MART STORES, INC., WAL-MART STORES EAST, INC. AND WAL-MART ASSOCIATES, INC.**, in the above styled and numbered cause. I have read the foregoing Motion to Reconsider and have discussed it with the Defendants. I swear that the facts contained in said motion are true and correct."

SIGNED on November 16, 2000.

_____
J. Christopher Rodriguez

SUBSCRIBED AND SWORN TO BEFORE ME by J. CHRISTOPHER RODRIGUEZ on this 16th day of November, 2000.

_____
Notary Public, State of Texas

SANDRA A. GARZA
Notary Public
State of Texas
My Comm. Exp. 04/29/2003

```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
                 CORPUS CHRISTI DIVISION
```

| | | |
|---|---|---|
| MARIA CAVAZOS | § | |
| | § | |
| VS. | § | C.A. NO. C-00-034 |
| | § | |
| WAL-MART STORES, INC. | § | |
| WAL-MART STORES EAST, INC. | § | |
| AND WAL-MART ASSOCIATES, INC. | § | |

## O R D E R

BE IT REMEMBERED that on the ____ day of _____, 2000, came on to be heard Defendants' Motion to Reconsider and Request for Hearing on Defendants' Amended Motion for Summary Judgment and the Court having considered the matters submitted by the parties is of the opinion that the said Motion should be **GRANTED/DENIED**.

IT IS THEREFORE, ORDERED ADJUDGED AND DECREED that Defendants' Motion to Reconsider and Request for Hearing on Defendants' Amended Motion for Summary Judgment should be in all things **GRANTED/DENIED**.

SIGNED, ORDERED AND ENTERED this the ____ day of _____, 2000.

_____
JUDGE PRESIDING

4