United States District Court
Southern District of Texas
FILED

NOV 20 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIA CAVAZOS | § | |
| | § | |
| VS. | § | C.A. NO. C-00-034 |
| | § | |
| WAL-MART STORES, INC. | § | |
| WAL-MART STORES EAST, INC. | § | |
| AND WAL-MART ASSOCIATES, INC. | § | |

### DEFENDANTS' MOTION FOR LEAVE TO FILE DEFENDANTS' PROPOSED PRE-TRIAL ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendants, **WAL-MART STORES, INC., WAL-MART STORES EAST, INC. AND WAL-MART ASSOCIATES, INC.** and hereby makes and files this their Motion for Leave to File Defendants' Proposed Pre-Trial Order and in support thereof would show the Court as follows:

1. This case is currently scheduled for trial on December 4, 2000 with a Pre-Trial Order due on November 21, 2000. There is a Final Pre-Trial Conference scheduled by the Court for December 1, 2000.

1. Defendants, **WAL-MART STORES, INC., WAL-MART STORES EAST, INC. AND WAL-MART ASSOCIATES, INC.** would advise this Honorable Court that conferences were scheduled with Plaintiff's attorney, David A. Sibley on Friday, November 17, 2000 (rescheduled by agreement) and Monday, November 20, 2000, but Mr. Sibley failed to show.

2. Defendants therefore request leave to file their Proposed Pre-Trial Order.

1

3. The undersigned has made attempts to reach counsel for Plaintiff via telephone but has been unsuccessful in reaching him. Therefore an agreement is unable to be reached regarding his opposition to this motion.

WHEREFORE, PREMISES CONSIDERED, Defendants, **WAL-MART STORES, INC., WAL-MART STORES EAST, INC., AND WAL-MART ASSOCIATES, INC.,** would request this Honorable Court grant leave, within its discretion, to file Defendants' Proposed Pre-Trial Order and for such other and further relief to which they may be entitled at law or in equity.

Respectfully submitted,

LAW OFFICE OF J. CHRIS RODRIGUEZ, P.C.
Wells Fargo Tower
615 Upper N. Broadway, Suite 1450
Corpus Christi, Texas  78477
361/888-9488
Fax:  361/887-2177

By: _____
J. Christopher Rodriguez
State Bar No. 17146700
Federal I.D. No. 1899

ATTORNEY FOR DEFENDANTS
**WAL-MART STORES, INC.
WAL-MART STORES EAST, INC.
AND WAL-MART ASSOCIATES, INC.**

1

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument has been provided to all interested parties, by placing same in the U.S. Mail on this _20th_ day of November, 2000.

Mr. David A. Sibley
ATTORNEY AT LAW
P. O. Box 9610
Corpus Christi, Texas 78469-9610
ATTORNEY FOR PLAINTIFF
**MARIA CAVAZOS**

_____
J. Christopher Rodriguez

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARIA CAVAZOS | § |
| | § |
| VS. | §   C.A. NO. C-00-034 |
| | § |
| WAL-MART STORES, INC. | § |
| WAL-MART STORES EAST, INC. | § |
| AND WAL-MART ASSOCIATES, INC. | § |

## O R D E R

BE IT REMEMBERED that on the ____ day of _____, 2000, came on to be heard Defendants' Motion for Leave to File Defendants' Proposed Pre-Trial Order and the Court having considered the matters submitted by the parties is of the opinion that the said Motion should be **GRANTED/DENIED**.

IT IS THEREFORE, ORDERED ADJUDGED AND DECREED that Defendants' Motion for Leave to Defendants' Proposed Pre-Trial Order should be in all things **GRANTED/DENIED**.

SIGNED, ORDERED AND ENTERED this the ____ day of _____, 2000.

_____
U. S. DISTRICT JUDGE

3