United States District Court
Southern District of Texas
ENTERED
NOV 29 2000
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIA CAVAZOS | § | |
|     Plaintiff, | § | |
| | § | |
| | § | |
| V. | § | CIVIL ACTION NO. C-00-34 |
| | § | |
| WAL-MART STORES, INC, ET AL. | § | |
|     Defendants. | § | |

### ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION

On this day, came to be considered Defendant's Motion for Reconsideration of Order and Request for Hearing on Motion for Summary Judgment. After due consideration, the Court DENIES the motion.

ENTERED on this the 28th day of November, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE