```
                                              United States District Court
                                               Southern District of Texas
                                                        FILED
        IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF TEXAS        NOV 28 2000
              CORPUS CHRISTI DIVISION
                                                  Michael N. Milby, Clerk
```

| | |
|---|---|
| MARIA CAVAZOS § | |
| § | |
| VS. § | C.A. NO. C-00-034 |
| § | |
| WAL-MART STORES, INC. § | |
| WAL-MART STORES EAST, INC. § | |
| AND WAL-MART ASSOCIATES, INC. § | |

## DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR BIFURCATED TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendants, **WAL-MART STORES, INC., WAL-MART STORES EAST, INC., AND WAL-MART ASSOCIATES, INC.**, and requests leave of Court to file its Motion for Bifurcated Trial and in support thereof would show unto the Court as follows:

1. Defendants would show that the Plaintiff herein seeks a recovery of punitive damages, and is claiming malice as a result of alleged defamation.

2. On Monday, November 27, 2000, exactly one week prior to trial, the undersigned received notice from Plaintiff's counsel of his intent to use as an exhibit a Wal-Mart 1999 annual statement in order to show "net worth" of Wal-Mart Stores, Inc., to which this party objects. This party would request leave of Court to file the attached Motion for Bifurcated Trial and would ask that a finding of malice be made prior to any introduction of evidence regarding "net worth" or financial information related to any claims for punitive damages.

1

3. This motion will not delay this cause of action but will be a supplemental motion with leave requested that it be heard at time of the final pretrial conference currently scheduled for December 1, 2000.

WHEREFORE, PREMISES CONSIDERED, Defendants, **WAL-MART STORES, INC., WAL-MART STORES EAST, INC., AND WAL-MART ASSOCIATES, INC.**, would request this Honorable Court grant leave, within its discretion, to file its Motion for Bifurcated Trial and for such other and further relief to which they may be entitled at law or in equity.

Respectfully submitted,

LAW OFFICE OF J. CHRIS RODRIGUEZ, P.C.
Wells Fargo Tower - Suite 1450
615 Upper N. Broadway
Corpus Christi, Texas  78477
361/888-9488
Fax:  361/887-2177

By: _____
J. Christopher Rodriguez
State Bar No. 17146700
Federal I.D. No. 1899

ATTORNEY FOR DEFENDANTS
**WAL-MART STORES, INC.**
**WAL-MART STORES EAST, INC.**
**AND WAL-MART ASSOCIATES, INC.**

2

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing instrument has been provided to all interested parties, by placing same in the U.S. Mail on this 28th day of November, 2000, addressed to:

Mr. David A. Sibley
ATTORNEY AT LAW
P. O. Box 9610
Corpus Christi, Texas 78469-9610
ATTORNEY FOR PLAINTIFF
**MARIA CAVAZOS**

J. Christopher Rodriguez

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIA CAVAZOS | § | |
| | § | |
| VS. | § | C.A. NO. C-00-034 |
| | § | |
| WAL-MART STORES, INC. | § | |
| WAL-MART STORES EAST, INC. | § | |
| AND WAL-MART ASSOCIATES, INC. | § | |

## **AFFIDAVIT**

| | |
|---|---|
| STATE OF TEXAS | § |
| COUNTY OF NUECES | § |

BEFORE ME, the undersigned authority, on this day personally appeared **J. Christopher Rodriguez** and in support of Defendants' Motion for Leave to File Motion for Bifurcated Trial in the above-styled and number cause, the undersigned affiant being first duly sworn, according to law, on oath states:

(1) "My name is J. Christopher Rodriguez. I am over 18 years of age, of sound mind, and I am fully competent to testify to this matter stated herein.

(2) I am the attorney for the Defendants in this matter. I have personal knowledge of the facts contained in Defendants' Motion for Leave to File Motion for Bifurcated Trial herein and would state that they are true and correct."

FURTHER AFFIANT SAYETH NOT.

_____
J. Christopher Rodriguez

1

SUBSCRIBED AND SWORN TO BEFORE ME on this 27 day of November, 2000, to certify which witness my hand and seal.

[Notary Seal: Debra Rodriguez, Notary Public, State of Texas, My Commission Expires May 22, 2004]

_____Debra Rodriguez_____
Notary Public, State of Texas

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARIA CAVAZOS § | |
| § | |
| VS. § | C.A. NO. C-00-034 |
| § | |
| WAL-MART STORES, INC. § | |
| WAL-MART STORES EAST, INC. § | |
| AND WAL-MART ASSOCIATES, INC. § | |

**O R D E R**

BE IT REMEMBERED that on the ____ day of _____, 2000, came on to be heard Defendants' Motion for Leave to File Motion for Bifurcated Trial and the Court having considered the matters submitted by the parties is of the opinion that the said Motion should be **GRANTED/DENIED**.

IT IS THEREFORE, ORDERED ADJUDGED AND DECREED that Defendants' Motion for Leave to File Motion for Bifurcated Trial should be in all things **GRANTED/DENIED**.

SIGNED, ORDERED AND ENTERED this the ____ day of _____, 2000.

_____
JUDGE PRESIDING