United States District Court
Southern District of Texas
FILED

NOV 28 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARIA CAVAZOS                        §
                                     §
VS.                                  §          C.A. NO. C-00-034
                                     §
WAL-MART STORES, INC.                §
WAL-MART STORES EAST, INC.           §
AND WAL-MART ASSOCIATES, INC.        §

## MOTION FOR BIFURCATED TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendants, **WAL-MART STORES, INC., WAL-MART STORES EAST, INC., AND WAL-MART ASSOCIATES, INC.**, and files this its Motion for Bifurcated Trial and in support therefore would respectfully show the Court the following:

1. Defendants would show that the Plaintiff herein seeks a recovery of punitive damages, and is claiming malice as a result of alleged defamation.

2. On Monday, November 27, 2000, exactly one week prior to trial, the undersigned received notice from Plaintiff's counsel of his intent to use as an exhibit a Wal-Mart 1999 annual statement in order to show "net worth" of Wal-Mart Stores, Inc., to which this party objects. This party has requested leave of Court to file this Motion for Bifurcated Trial, asking that a finding of malice be made prior to any introduction of evidence regarding "net worth" or financial information related to any claims for punitive damages.

1

3.   This motion will not delay this cause of action but will be a supplemental motion with leave requested that it be heard at time of the final pretrial conference currently scheduled for December 1, 2000.

4.   Defendants hereby request a bifurcation of the trial with regard to the amount, if any, of punitive damages.  Defendants would show that the determination of the amount of punitive damages, if any, should be bifurcated from the remaining issues of this case pursuant to the mandate of the Texas Supreme Court in the case of <u>Transportation Insurance Company vs. Moriel</u>, 37 Tex. Sup. Ct. J. 14 (Feb. 5, 1994).

5.   Defendants would further show that pursuant to the mandate of the <u>Moriel</u> case referenced above, any evidence of Defendants' net worth or any evidence relating to the issue of punitive damages should be excluded from the trial of liability issues in this case until Plaintiff obtains an affirmative jury answer in their favor with respect to any punitive damage, liability/malice questions.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that this Court grant its Motion for Bifurcated Trial with respect to the amount of punitive damages and for such other and further relief to which Defendants may be justly entitled.

2

Respectfully submitted,

LAW OFFICE OF J. CHRIS RODRIGUEZ, P.C.
Wells Fargo Tower - Suite 1450
615 Upper N. Broadway
Corpus Christi, Texas   78477
361/888-9488
Fax:  361/887-2177


By: _____
    J. Christopher Rodriguez
    State Bar No. 17145400
    Federal I.D. No. 1899

ATTORNEY FOR DEFENDANTS
**WAL-MART STORES, INC.**
**WAL-MART STORES EAST, INC.**
**AND WAL-MART ASSOCIATES, INC.**


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument has been provided to all interested parties, by placing same in the U.S. Mail on this 28th day of November, 2000, addressed to:

Mr. David A. Sibley
ATTORNEY AT LAW
P. O. Box 9610
Corpus Christi, Texas 78469-9610
ATTORNEY FOR PLAINTIFF
**MARIA CAVAZOS**


_____
J. Christopher Rodriguez

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARIA CAVAZOS                        §
                                     §
VS.                                  §        C.A. NO. C-00-034
                                     §
WAL-MART STORES, INC.                §
WAL-MART STORES EAST, INC.           §
AND WAL-MART ASSOCIATES, INC.        §

## A F F I D A V I T

STATE OF TEXAS                       §

COUNTY OF NUECES                     §

BEFORE ME, the undersigned authority, on this day personally appeared **J. Christopher Rodriguez** and in support of Defendants' Motion for Bifurcated Trial in the above-styled and number cause, the undersigned affiant being first duly sworn, according to law, on oath states:

(1)   "My name is J. Christopher Rodriguez. I am over 18 years of age, of sound mind, and I am fully competent to testify to this matter stated herein.

(2)   I am the attorney for the Defendants in this matter. I have personal knowledge of the facts contained in Defendants' Motion for Bifurcated Trial herein and would state that they are true and correct."

FURTHER AFFIANT SAYETH NOT.

_____
J. Christopher Rodriguez

1

SUBSCRIBED AND SWORN TO BEFORE ME on this $\underline{27}$ day of

$\underline{November}$ , 2000, to certify which witness my hand and

seal.



_Debra Rodriguez_
Notary Public, State of Texas

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARIA CAVAZOS                          §
                                       §
VS.                                    §          C.A. NO. C-00-034
                                       §
WAL-MART STORES, INC.                  §
WAL-MART STORES EAST, INC.             §
AND WAL-MART ASSOCIATES, INC.          §

## O R D E R

BE IT REMEMBERED that on the _____ day of _____,
2000, came on to be heard Defendants' Motion for Bifurcated Trial
and the Court having considered the matters submitted by the
parties is of the opinion that the said Motion should be
**GRANTED/DENIED.**

IT IS THEREFORE, ORDERED ADJUDGED AND DECREED that Defendants'
Motion for Bifurcated Trial should be in all things **GRANTED/DENIED.**

SIGNED, ORDERED AND ENTERED this the _____ day of
_____, 2000.


                                       _____
                                       JUDGE PRESIDING