```
                                          United States District Court
                                           Southern District of Texas
                                                   FILED

                                              NOV 29 2000
```
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Michael N. Milby, Clerk

| | | |
|---|---|---|
| MARIA CAVAZOS | § | |
| | § | |
| VS. | § | C.A. NO. C-00-034 |
| | § | |
| WAL-MART STORES, INC. | § | |
| WAL-MART STORES EAST, INC. | § | |
| AND WAL-MART ASSOCIATES, INC. | § | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
TO SUPPLEMENT DEFENDANTS' EXHIBIT LIST**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendants, **WAL-MART STORES, INC., WAL-MART STORES EAST, INC., AND WAL-MART ASSOCIATES, INC.,** and hereby makes and file this its Unopposed Motion for Leave to Supplement Defendants' Exhibit List attached to the Joint Pretrial Order previously filed in this matter and in support thereof would show unto the Court as follows:

1. This case is currently scheduled for trial on December 4, 2000, with final pretrial conference set for December 1, 2000.

2. The parties' Joint Pretrial Order was filed with this Court on November 22, 2000.

3. Defendants would request that the personnel file of Prissy Campos be included as an exhibit in this matter. Defendants would state that Ms. Campos' personnel file has just become available to the undersigned attorney this date, and, therefore, this party would request leave of Court to supplement its Exhibit List in order to include the personnel file of Prissy Campos as an exhibit in the trial of this matter.

1

43

4. The undersigned attorney has informed counsel for Plaintiff of this Motion for Leave in order to supplement its Exhibit List with the personnel file of Prissy Campos and Plaintiff's counsel indicated no opposition. This party would also state that a copy of Ms. Campos' personnel file, along with a copy of this Motion, is being hand-delivered to Plaintiff's attorney this date.

5. The granting of such leave of Court for Defendants to supplement its Exhibit List will not delay this cause of action and this motion is being made solely so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Defendants, **WAL-MART STORES, INC., WAL-MART STORES EAST, INC., AND WAL-MART ASSOCIATES, INC.**, would request this Honorable Court grant leave, within its discretion, for Defendants to supplement its Exhibit List and for such other and further relief to which it may be entitled at law or in equity.

Respectfully submitted,

LAW OFFICE OF J. CHRIS RODRIGUEZ, P.C.
Wells Fargo Tower - Suite 1450
615 Upper N. Broadway
Corpus Christi, Texas  78477
361/888-9488
Fax: 361/887-2177

By: _____
J. Christopher Rodriguez
State Bar No. 17146700
Federal I.D. No. 1899

ATTORNEY FOR DEFENDANTS

2

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing instrument has been hand-delivered to Mr. David Sibley, Attorney for Plaintiff, 719 N. Upper Broadway, Suite 120, Corpus Christi, Texas 78401, on this the 29th day of November, 2000.

_____
J. Christopher Rodriguez

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARIA CAVAZOS | § |
| | § |
| VS. | §   C.A. NO. C-00-034 |
| | § |
| WAL-MART STORES, INC. | § |
| WAL-MART STORES EAST, INC. | § |
| AND WAL-MART ASSOCIATES, INC. | § |

## O R D E R

BE IT REMEMBERED that on the ____ day of _____, 2000, came on to be heard Defendants' Unopposed Motion for Leave to Supplement Defendants' Exhibit List and the Court having considered the matters submitted by the parties is of the opinion that the said Motion should be **GRANTED/DENIED**.

IT IS THEREFORE, ORDERED ADJUDGED AND DECREED that Defendants' Unopposed Motion for Leave to Supplement Defendants' Exhibit List should be in all things **GRANTED/DENIED**.

SIGNED, ORDERED AND ENTERED this the ____ day of _____, 2000.

_____
U. S. DISTRICT JUDGE

4