AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

**Southern** DISTRICT OF **Texas**

**SUPPLEMENTAL EXHIBIT AND WITNESS LIST**

Maria Cavazos
v.
Wal-Mart Stores, Inc., Wal-Mart Stores East, Inc. and Wal-Mart Associates, Inc.

CASE NUMBER: C-00-034

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Janis Graham Jack | David A. Sibley | J. Chris Rodriguez |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| December 4, 2000 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 39 | | | | Copy of Personnel file of Prissy Campos |
| | | | | | |
| | | | | | United States District Court Southern District of Texas FILED |
| | | | | | NOV 29 2000 |
| | | | | | Michael N. Milby, Clerk |

* include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages