# CIVIL COURT MINUTES

**JUDGE PRESIDING:**  JANIS GRAHAM JACK

**CASE MANAGER:**  Myra Orta Alfano

**COURT RECORDER:**  Sylvia Syler

**LAW CLERK:**  Nadeem Waeen

**U. S. C. S. O. :**  ADRIAN PEREZ

**U. S. MARSHAL:**

**INTERPRETER:**

United States District Court
Southern District of Texas
FILED

DEC - 1 2000

MICHAEL N. MILBY
CLERK

**DATE:**  December 1, 2000          **OPEN:**  8:49 AM          **ADJOURN:** 10:00 AM

**TAPE:** # 1, 2

**CIVIL ACTION NUMBER:**  C-00-34

Maria Cavozos          **COUNSEL:** David A. Sibley

VS.

Wal-Mart Stores, Inc., et al          **COUNSEL:**  J. Christopher Rodriguez

(✓) **Final Pretrial Conference:**                                   (ETT: 2 DAYS)

Parties present. Parties are ready for trial. Discussion of trial evidence and procedures. Court grants the motion to bifurcate trial. Jury selection is set for 8:00am on Mon, Dec 4, 2000. Trial will proceed after any criminal trials or begin on Tues., Dec 5, 2000 at 8:00am. Discussion of motions in limine. Court allows 15 minutes for opening statements.

Adjourn.

45.