United States District Court
Southern District of Texas
ENTERED

DEC 0 1 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIA CAVAZOS | § | |
| | § | |
| VS. | § | C.A. NO. C-00-034 |
| | § | |
| WAL-MART STORES, INC. | § | |
| WAL-MART STORES EAST, INC. | § | |
| AND WAL-MART ASSOCIATES, INC. | § | |

46.

### O R D E R

BE IT REMEMBERED that on the 30th day of Nov., 2000, came on to be heard Defendants' Motion for Leave to File Defendants' Proposed Pre-Trial Order and the Court having considered the matters submitted by the parties is of the opinion that the said Motion should be **GRANTED**/~~DENIED~~.

IT IS THEREFORE, ORDERED ADJUDGED AND DECREED that Defendants' Motion for Leave to Defendants' Proposed Pre-Trial Order should be in all things **GRANTED**/~~DENIED~~.

SIGNED, ORDERED AND ENTERED this the 30th day of Nov., 2000.

U. S. DISTRICT JUDGE

3