United States District Court
Southern District of Texas
ENTERED

**DEC 0 1 2000**

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIA CAVAZOS | § | |
| | § | |
| VS. | § | C.A. NO. C-00-034 |
| | § | |
| WAL-MART STORES, INC. | § | |
| WAL-MART STORES EAST, INC. | § | |
| AND WAL-MART ASSOCIATES, INC. | § | |

**O R D E R**

BE IT REMEMBERED that on the 1st day of Dec_____, 2000, came on to be heard Defendants' Unopposed Motion for Leave to Supplement Defendants' Exhibit List and the Court having considered the matters submitted by the parties is of the opinion that the said Motion should be **GRANTED**/~~DENIED~~.

IT IS THEREFORE, ORDERED ADJUDGED AND DECREED that Defendants' Unopposed Motion for Leave to Supplement Defendants' Exhibit List should be in all things **GRANTED**/~~DENIED~~.

SIGNED, ORDERED AND ENTERED this the 1st day of December, 2000.

_____
U.S. DISTRICT JUDGE

4