# CIVIL COURT MINUTES

**JUDGE PRESIDING:** JANIS GRAHAM JACK

**CASE MANAGER:** Myra Orta Alfano

**COURT RECORDER:** ~~Velma Gano~~ GRACE LERMA

**LAW CLERK:** Nadeem Waeen

**U. S. C. S. O.:** OVIDIO TREJO

**U. S. MARSHAL:**

**INTERPRETER:**

United States District Court
Southern District of Texas
FILED

DEC - 4 2000

MICHAEL N. MILBY
CLERK

**DATE:** December 4, 2000     **OPEN:** 8:19 AM / 10:19 AM     **ADJOURN:** 8:45 AM / 11:30 AM

**TAPE:** # 1, 2

**CIVIL ACTION NUMBER:** C-00-34

Maria Cavazos     **COUNSEL:** David A. Sibley

VS.

Wal-Mart Stores, Inc.     **COUNSEL:** J. Christopher Rodriguez

(✓) Jury Selection:

Parties present. Jury qualification is held. (Recess) Parties and jurors are present. Voir dire is held. Eight jurors are selected to serve. Trial is scheduled to begin Wed., Dec. 6, 2000 at 8:00am. Court instructs and excuses the jurors. Short discussion of trial procedures.

Adjourn.

49