UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas

DEC - 4 2000

MICHAEL N. MILBY
CLERK

Honorable Janis Graham Jack
U.S. District Judge Presiding

__Myra Alfano__, Courtroom Deputy

__Grace Lerma__ (~~Velma Gano~~), Court Recorder

__December 4, 2000__
Date

~~CR~~/C.A. __00-CV-34__

| | | |
|---|---|---|
| MARIA CAVAZOS | § | DAVID ALTON SIBLEY<br>Attorney |
| VS | § | |
| WAL-MART STORES, INC., ET AL | § | JOSEPH C. RODRIGUEZ<br>Attorney |

The following jurors were selected and directed to return on __Wednesday, December 6, 2000__ at __8:00 am__:

1. Catherine Porter
2. Paul Cox
3. Jose Gonzalez
4. Wayne Ehlers
5. Raymond Figueroa
6. Tommie Rich
7. Ronald Wilkins
8. Sylvia Alvarado
9. _____
10. _____
11. _____
12. _____
13. _____
14. _____

50.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

CA C-00-34


PLTFF

MARIA CAVAZOS

VS

WAL-MART STORES, INC., ET AL

### PLAINTIFF'S PEREMPTORY CHALLENGES

#1 __B2__

#2 __B3__

#3 __B14__

 __B6__

*NOTE TO ATTORNEYS:

Please fill in blanks with the number of the juror you intend to strike and <u>not</u> the name.

### PLAINTIFF'S PEREMPTORY CHALLENGES ON ALTERNATE JUROR

#1 _____

_____
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

CA C-00-34

MARIA CAVAZOS

VS

WAL-MART STORES, INC., ET AL



### DEFENDANT'S PEREMPTORY CHALLENGES

#1 \_\_11\_\_

#2 \_\_12\_\_

#3 \_\_15\_\_

*NOTE TO ATTORNEYS:

Please fill in blanks with the number of the juror you intend to strike and **not** the name.

### DEFENDANT'S PEREMPTORY CHALLENGES ON ALTERNATE JUROR

#1 \_\_16\_\_

_____
ATTORNEY FOR DEFENDANT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Honorable Janis Graham Jack
Jury Selection
December 4, 2000

B1.  JOSE GARZA
B2.  HARRY KEETCH
B3.  LARRY DECHANT
B4.  CATHERINE PORTER
B5.  PAUL COX
B6.  WILL WRIGHT
B7.  BLAS ALFARO
B8.  JOSE GONZALEZ
B9.  JASON WALLACE LE BLANC
B10. WAYNE EHLERS
B11. ERMA RAMIREZ
B12. CYNTHIA CHAVEZ
B13. JOE VALENCIA
B14. WILLIAM BRASHEAR
B15. GUADALUPE GONZALEZ
B16. CESARIO MARTINEZ
B17. RAYMOND FIGUEROA
B18. TOMMIE RICH
B19. EMILIO CHARLES
B20. RONALD WILKINS
B21. SYLVIA ALVARADO
B22. RAMON HINOJOSA, III
B23. LUIS GUERRA
B24. JANIS MAYER
B25. SHARON FULCHER
B26. AMY ROBERTSON
B27. MARIVETTE CAVAZOS
B28. IRMA TORRES
B29. CARMEL ARELLANO
B30. ELIZABETH HOELSCHER
B31. REOLA GRIFFIN
B32. RITA MC CAULEY
B33. JERRY FRANCO
B34. TERESA SHAW
B35. MICHELINE CASEY
B36. YOLANDA TREVINO
B37. EVANGELINA BRADDOCK
B38. CHARLES HUFF
B39. FELIPE GUTIERREZ
B40. JEANICE OLIVER
B41. JAMES GARCIA
B42. BOBBY SMART
B43. CATHERINE BUENO
B44. ALBERT CALDWELL, JR.
B45. JOE TREJO
B46. VALERIE BENAVIDES