# CIVIL COURT MINUTES

**JUDGE PRESIDING:** JANIS GRAHAM JACK

**CASE MANAGER:** Myra Orta Alfano

**COURT RECORDER:** Mary Beth ~~Gano~~ GARZA

**LAW CLERK:** Nadeem Waeen

**U.S.C.S.O.:** OVIDIO TREJO / ELIAS JAIME

**U.S. MARSHAL:**

**INTERPRETER:**

United States District Court
Southern District of Texas
FILED

DEC - 6 2000

MICHAEL N. MILBY
CLERK

**DATE:** December 6, 2000

**TAPE:** # 1, 2, 3, 4, 5, 6, 7

**OPEN:** 7:54 AM / 8:03 AM / 10:39 AM / 1:37 PM / 3:38 PM

**ADJOURN:** 7:58 AM / 10:05 AM / 12:02 PM / 3:12 PM / 6:05 PM

**CIVIL ACTION NUMBER:** C-00-34

Maria Cavazos

**COUNSEL:** David A. Sibley

VS.

Wal-Mart Stores, Inc.

**COUNSEL:** J. Christopher Rodriguez

---

(✓) Jury Trial: (day 1)

Parties present. Discussion of juror #8. Parties agree to excuse juror #8. (Recess) Jury in. Court instructs the jurors. Jurors are sworn in. Opening arguments are heard. Testimony begins. Pltff offers exh. # 40-42 a,b,c. Admitted. Deft offers exh. # 8-39. Admitted. Jury out. Discussion outside the presence of the jury. Deft orally motns to withdraw DX-38. Granted. (Recess) Jury in. Testimony resumes. Jury out. Discussion of the order of witnesses. (Recess) Jury in. Testimony continues. Jury out. Discussion outside the jurors presence. (Recess) Jury in. Testimony resumes. Jury out for the evening. Court states that a show cause hearing will be held for the missing witnesses, tomorrow morning, first thing.

Adjourn.

56.