**United States District Court**
**Southern District of Texas**
**Corpus Christi Division**

United States
Southern Dist...

DEC - 6 2000

MICHAEL N. MILBY
CLERK

**Maria Cavazos**

vs.

**Wal-Mart Stores, Inc.**
**Wal-Mart Stores East, Inc.**
**Wal-Mart Associates, Inc.**

No. 00-34
[Judge Jack]
[Jury Requested]

## Plaintiff's Supplemental Exhibit List

In addition to documents on Defendant's Document List:

| Number | Date Offered | Marked | Admitted | Document |
|---|---|---|---|---|
| 40 | - 6 DEC 2000 | ✓ | ✓ | Annual Report 1999 |
| 41 | - 6 DEC 2000 | ✓ | ✓ | Annual Report 2000 |
| ~~800~~ 42 a,b,c | - 6 DEC 2000 | ✓ | ✓ | Photos Interior of Store |

1

57.