AO 187 (Rev. 7/87) Exhibit and Witness List

United States District Court
Southern District of Texas

# United States District Court

DEC - 6 2000

**Southern** DISTRICT OF **Texas**
Corpus Christi Division

**EXHIBIT AND WITNESS LIST**

Maria Cavazos

Wal-Mart Stores, Inc. Wal-Mart Stores East, Inc. and Wal-Mart Associates, Inc.

CASE NUMBER: C-00-034

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Janis Graham Jack | David A. Sibley | J. Chris Rodriguez |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| December 4, 2000 | Mary Beth Garza | Myra Orta Alfano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | Depositions with exhibits of: |
| | 1 | | | | Maria Cavazos |
| | 2 | | | | Homer Cavazos |
| | 3 | | | | Ben Garcia |
| | 4 | | | | Marie Ison |
| | 5 | | | | Lisa Trevino |
| | 6 | | | | Ruben Campos |
| | 7 | | | | Prissy Campos |
| | | | | | Medical records from: |
| | 8 | 6 DEC 2000 | ✓ | ✓ | Falfurrias Medical Clinic |
| | 9 | 6 DEC 2000 | ✓ | ✓ | Christus Spohn Family Health Clinic |
| | 10 | 6 DEC 2000 | ✓ | ✓ | Corpus Christi Neurology |
| | 11 | 6 DEC 2000 | ✓ | ✓ | Christus Spohn Hospital Shoreline |
| | 12 | 6 DEC 2000 | ✓ | ✓ | Christus Spohn Hospital Kleberg |
| | 13 | 6 DEC 2000 | ✓ | ✓ | Alice Regional Hospital |
| | | | | | Records from: |
| | 14 | 6 DEC 2000 | ✓ | ✓ | Texas Workforce Commission |
| | | | | | Records regarding Plaintiff's application for employment from: |
| | 15 | 6 DEC 2000 | ✓ | ✓ | H.E.B. |
| | 16 | 6 DEC 2000 | ✓ | ✓ | Beall's Department Store |
| | 17 | 6 DEC 2000 | ✓ | ✓ | Whataburger Drive Inn |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

58.

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

**Southern** DISTRICT OF **Texas**
Corpus Christi Division

**EXHIBIT AND WITNESS LIST**

Maria Cavazos

Wal-Mart Stores, Inc. Wal-Mart Stores East, Inc.
and Wal-Mart Associates, Inc.

CASE NUMBER: C-00-034

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Janis Graham Jack | David A. Sibley | J. Chris Rodriquez |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| December 4, 2000 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | 18 | 6 DEC 2000 | ✓ | ✓ | Bowen Enterprises, Inc. d/b/a Dairy Queen |
| | | | | | Documents provided by this party pursuant to a Protective Order as follows: |
| | 19 | 6 DEC 2000 | ✓ | ✓ | Cashier Job Description |
| | 20 | 6 DEC 2000 | ✓ | ✓ | Customer Service Manager Job Description |
| | 21 | 6 DEC 2000 | ✓ | ✓ | Courtesy Desk Associate Job Description |
| | 22 | 6 DEC 2000 | ✓ | ✓ | Cash Drawer Maintenance Lesson |
| | 23 | 6 DEC 2000 | ✓ | ✓ | Check Tendering Lesson |
| | 24 | 6 DEC 2000 | ✓ | ✓ | Courtesy Desk Procedures |
| | 25 | 6 DEC 2000 | ✓ | ✓ | Courtesy Desk Refunds & Exchanges Lesson |
| | 26 | 6 DEC 2000 | ✓ | ✓ | Videotape entitled "Loss Prevention Video Series, Modules 1-7" |
| | 27 | 6 DEC 2000 | ✓ | ✓ | DLPS Handbook Chapters 1-12, including: |
| | | | | | a) Receiving |
| | | | | | b) Systems |
| | | | | | c) Front end |
| | | | | | d) Accounting |
| | | | | | e) Grocery & Cost Depts. |
| | | | | | f) Universal Product Code |
| | | | | | g) Invoicing |
| | | | | | h) Claims |
| | | | | | i) Specialty Division |
| | | | | | j) Inventory |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 157 (Rev. 7/87) Exhibit and Witness List

# United States District Court

__Southern__ DISTRICT OF __Texas__
Corpus Christi Division

**EXHIBIT AND WITNESS LIST**

Maria Cavazos

Wal-Mart Stores, Inc. Wal-Mart Stores East, Inc. and Wal-Mart Associates, Inc.

CASE NUMBER: C-00-034

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Janis Graham Jack | David A. Sibley | J. Chris Rodriguez |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| December 4, 2000 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | k) Risk Management |
| | | | | | l) Personnel |
| | | | | | m) Reports |
| | 28 | 6 DEC 2000 | ✓ | ✓ | In-Store Loss Prevention Guide, including: |
| | | | | | a) Shoplifting |
| | | | | | b) Loss Prevention & Management Responsibilities |
| | | | | | c) Apprehensions |
| | | | | | d) Shoplifter Apprehension |
| | | | | | e) General Information |
| | | | | |     Legal Terms |
| | | | | |     Reason for Immediate Dismissal |
| | | | | |     Apprehension Report |
| | | | | |     Use of Evidence Log |
| | | | | |     Travel and Expenses |
| | | | | | f) Records and Follow-Up |
| | | | | | g) Fitting Room Controls |
| | | | | | h) Safety/Risk Control |
| | | | | | i) Closed Circuit Television System |
| | | | | | j) Civil Recovery |
| | | | | | k) Form - Loss Prevention Apprehension Report |
| | | | | | l) Form - Evidence Log |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

**Southern** DISTRICT OF **Texas**
Corpus Christi Division

**EXHIBIT AND WITNESS LIST**

Maria Cavazos

v.

Wal-Mart Stores, Inc. Wal-Mart Stores East, Inc. and Wal-Mart Associates, Inc.

CASE NUMBER: C-00-034

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Janis Graham Jack | David A. Sibley | J. Chris Rodriguez |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| December 4, 2000 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | m) Sample - Evidence Tag |
| | | | | | n) Loss Prevention Supplies |
| | | | | | o) Recap of Video of Loss Prevention Modules 1 - 7 |
| | 29 | 6 DEC 2000 | ✓ | ✓ | Loss Prevention/Front End Loss Prevention Lesson |
| | 30 | 6 DEC 2000 | ✓ | ✓ | Cash Short/Long - Policy District #267 - 11/01/97 |
| | 31 | 6 DEC 2000 | ✓ | ✓ | Form - Register Spot Check Report |
| | 32 | 6 DEC 2000 | ✓ | ✓ | Copy of Personnel file of Maria Cavazos |
| | 33 | 6 DEC 2000 | ✓ | ✓ | Accounting Office |
| | 34 | 6 DEC 2000 | ✓ | ✓ | Accounting Office Associate Job Description |
| | | | | | Records from the store: |
| | 35 | 6 DEC 2000 | ✓ | ✓ | a) Store/accounting report as well as the time clock archive report |
| | 36 | 6 DEC 2000 | ✓ | ✓ | b) Register tape relevant to this incident may be reviewed in the offices of the undersigned attorney as the tape does not lend itself to photocopying because of its significant rolled up length. Please refer to prior responses |
| | 37 | 6 DEC 2000 | ✓ | ✓ | c) A copy of the cash short/long log from 11/8/98 - 9/10/99 plus 3 pages of notes applicable to the matter |
| | 38 | 6 DEC 2000 | ✓ | ✓ | Records of Loss Prevention Guide of District Manager |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

___Southern___ DISTRICT OF ___Texas___

**SUPPLEMENTAL EXHIBIT AND WITNESS LIST**

Maria Cavazos

Wal-Mart Stores, Inc., Wal-Mart Stores East, Inc. and Wal-Mart Associates, Inc.

CASE NUMBER: C-00-034

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Janis Graham Jack | David A. Sibley | J. Chris Rodriguez |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| December 4, 2000 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 39 | 6 DEC 2000 | ✓ | ✓ | Copy of Personnel file of Prissy Campos |

United States District Court
Southern District of Texas
FILED

NOV 29 2000

Michael N. Milby, Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages