# CIVIL COURT MINUTES

**JUDGE PRESIDING:** JANIS GRAHAM JACK

**CASE MANAGER:** Myra Orta Alfano

**COURT RECORDER:** Mary Beth ~~Gano~~ GARZA

**LAW CLERK:** Nadeem Waeen

**U.S.C.S.O.:** OVIDIO TREJO / ELIAS JAIME

**U.S. MARSHAL:**

**INTERPRETER:**

United States District Court
Southern District of Texas
FILED

DEC - 7 2000

MICHAEL N. MILBY
CLERK

**DATE:** December 7, 2000

**TAPE:** # 1, 2, 3

**OPEN:** 8:26 AM / 10:46 AM / 1:27 pm

**ADJOURN:** 10:21 AM / 11:55 AM / 1:33 pm

**CIVIL ACTION NUMBER:** C-00-34

Maria Cavazos

**COUNSEL:** David A. Sibley

VS.

Wal-Mart Stores, Inc.

**COUNSEL:** J. Christopher Rodriguez

(✓) Jury Trial: (day 2)

Parties present. Court states that she has reconsidered and will not conduct a show cause hearing. Testimony begins. Pltff rest. Deft rest. Both sides close. Jury out. Discussion of jury charge. (Recess) Jury in. Closing arguments are heard. Court reads the charge to the jurors. Jury out for deliberation. (Recess) Jury note #2, "We've reached our answers." Jury in. Court reads the verdict into the record. Court polls the jurors. No objection to the verdict. Court orders the verdict to be filed. Court instructs and excuses the jurors.

*Adjourn*