United States District Court
Southern District of Texas
FILED

DEC - 7 2000

MICHAEL N. MILBY
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARIA CAVAZOS }
}
VS. } C.A. NO. C-00-034
}
WAL-MART STORES, INC., }
WAL-MART STORES EAST, INC. and }
WAL-MART ASSOCIATES, INC. }

**JURY NOTE NUMBER** _1_

_We would like to break for an hour for lunch_

_____
_Paul H Cox_
PRESIDING JUROR

_____
_11:50 AM, Dec. 7, 2000_
DATE AND TIME

* * * * * * *

RESPONSE:

_____
UNITED STATES DISTRICT JUDGE

_____
DATE