```
                                          United States District Court
                                          Southern District of Texas
                                                    FILED
       IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF TEXAS    DEC - 7 2000
              CORPUS CHRISTI DIVISION
                                             MICHAEL N. MILBY
MARIA CAVAZOS          }                          CLERK
                       }
VS.                    }   C.A. NO. C-00-034
                       }
WAL-MART STORES, INC., }
WAL-MART STORES EAST, INC. and }
WAL-MART ASSOCIATES, INC. }
```

**JURY NOTE NUMBER** _2_

_We have reached our answers._

_____

_____

_____

_____


_Paul H Cox_
**PRESIDING JUROR**

_Dec. 7, 2000     1:05 PM_
**DATE AND TIME**

* * * * * * *

RESPONSE:

_____

_____

_____

_____


_____
UNITED STATES DISTRICT JUDGE

_____
DATE

62