United States District Court
Southern District of Texas
ENTERED

DEC 11 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIA CAVAZOS, | § | |
| Plaintiff | § | |
| | § | |
| V. | § | C.A. NO. C-00-034 |
| | § | |
| WAL-MART STORES, INC., | § | |
| WAL-MART STORES EAST, INC. and | § | |
| WAL-MART ASSOCIATES, INC., | § | |
| Defendants. | § | |

## FINAL JUDGMENT

This action came on for trial before the Court and a jury on the 6th day of December, 2000, Honorable Janis Graham Jack, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict on December 7, 2000, pursuant to findings by the jury,

It is Ordered and Adjudged

that the Plaintiff take nothing and that the action be dismissed on the merits.

ORDERED this 7th day of December, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE